**Order entered June 9, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00557-CV

## IN RE CHARTER COMMUNICATIONS, LLC, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01579-E**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **DENY** relator's motion for emergency temporary relief as moot.

/s/    DENNISE GARCIA
       JUSTICE